## KANTOR, DAVIDOFF, WOLFE, MANDELKER, TWOMEY & GALLANTY, P.C.

..BERT C. KANTOR
RICHARD S. DAVIDOFF
STEVEN W. WOLFE
LAWRENCE A. MANDELKER
MICHAEL E. TWOMEY
GARY HOPPE
ALAN T. GALLANTY††
MATTHEW C. KESTEN*
THOMAS E. KASS†

TIMOTHY ARMBRECHT**
DANIEL S. KOKHBA***
JENNIFER LEE

\*     MEMBER OF N.Y. & FL. BARS
\*\*    MEMBER OF CA. BAR ONLY
\*\*\*   MEMBER OF N.Y. & N.J. BARS
†     MEMBER OF N.Y., CONN. & DC. BARS
††    MEMBER OF N.Y & CONN. BARS

ATTORNEYS AT LAW
51 EAST 42ND STREET
NEW YORK, N.Y. 10017-5404
TELEPHONE: (212) 682-8383
FAX: (212) 949-5206

OF COUNSEL
I. ROBERT HARRIS
ROBERT M. BIRNBAUM*
EDWIN A. MARGOLIUS
JOEL BUCHMAN

FLORIDA OFFICE
WILLIAM A. KASS*
621 NW 53RD STREET
BOCA RATON, FL. 33487
TEL: (561) 995-1421
FAX: (561) 995-1499

CONNECTICUT OFFICE
495 POST ROAD EAST
WESTPORT CT. 06880
TEL: (203) 222-1100
FAX: (203) 226-7323



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/13

*MEMORANDUM ENDORSED*

April 15, 2013

**BY HAND**

Hon. Louis L. Stanton
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2250
New York, New York  10007

RECEIVED IN CHAMBERS
OF LOUIS L. STANTON
APR 1 5 2013
UNITED STATES DISTRICT JUDGE

<u>Matter of TiVo, Inc. v. Goldwasser, *et al*., No. 12-cv-7142 (LLS)</u>
**Entry of Judgment**

Dear Judge Stanton:

      We represent respondents Dorothy Goldwasser, Romi Jones née Goldwasser, and Good Inventions, Inc. (the "Goldwassers") in the above-captioned proceeding commenced by petitioner TiVo, Inc. ("TiVo").

      By Order entered February 14, 2013, Your Honor: (1) denied TiVo's petition to vacate an arbitration award in the amount of $3,242,959.99 issued August 22, 2012 in favor of the Goldwassers and against TiVo; (2) granted the Goldwassers' motion to confirm that arbitration award; and (3) directed that "the Clerk shall enter judgment accordingly, with interest from the date of the arbitrators' award at New York State's statutory rate of nine percent per annum, as routinely granted by judges in this district." A copy of that Order is enclosed for Your Honor's reference.

KANTOR, DAVIDOFF, WOLFE, MANDELKER, TWOMEY & GALLANTY, P.C.

      To date, the Clerk has yet to enter judgment. Upon contacting the Judgments and Orders Clerk, we were advised that the reasons judgment had yet to be entered were that: (1) this Court's Order entered February 14, 2013 did not expressly set forth either the amount of the arbitration award or the date of that award, upon which the Clerk's computation could be based; and (2) the Clerk received a direction to close the case, so that we would have to take this matter up with Your Honor.

      We respectfully submit that there is no reason judgment should not be entered forthwith. Neither the amount nor the date of the arbitration award Your Honor confirmed is in dispute. The award was issued August 22, 2012, and the amount of that award is $3,242,959.99.

      Accordingly, we respectfully request that Your Honor, in order to effectuate this Court's Order entered February 14, 2013, direct the Clerk to enter judgment in favor of the Goldwassers and against TiVo in the amount of $3,242,959.99, plus interest thereon at nine percent per annum from August 22, 2012 to the date of Judgment.

Respectfully yours,

Gary Hoppe

*[Handwritten notation: "Without objection. So Ordered. Louis L. Stanton 4/26/13"]*

Enclosure

Copies (w/ enc.) for:    Jessica Margolis
*Counsel for Petitioner*
Wilson, Sonsini, Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
**BY HAND**

                                Judgments and Orders Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
**BY HAND**