USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TIVO, INC.,

                        Petitioner,

-against-

DOROTHY GOLDWASSER, ROMI JONES NÉE
GOLDWASSER, and GOOD INVENTIONS, LLC,
                        Respondents.
-----------------------------------------------------------X

12 **CIVIL** 7142 (LLS)

**JUDGMENT**

# 13,0937

Petitioner TiVo Inc. ("TiVo") having moved to vacate an arbitration award in favor of respondents Dorothy Goldwasser, Romi Jones née Goldwasser, and Good Inventions, LLC (collectively "the Goldwassers"), who having cross-moved to confirm the award and enter judgment for them, and the matter having been brought before the Honorable Louis L. Stanton, United States District Judge, and the Court, on February 13, 2013 and April 26, 2013, having issued its Memorandum and Order and Memo Endorsed Order denying TiVo's motion to vacate the arbitration award, granting the Goldwassers' motion to confirm the award and enter judgment in their favor in the amount of $3,237,235.00 for the Arbitration Award and $5,724.99 in fees, and directing the Clerk to enter judgment accordingly, with interest from the date of the arbitrators' award (August 22, 2012) at New York State's statutory rate of nine percent per annum as routinely granted by judges in this district to the date of judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 13, 2013 and Memo Endorsed Order dated April 26, 2013, TiVo's motion to vacate the arbitration award is denied; the Goldwassers' motion to confirm the award and enter judgment in their favor is granted; accordingly, judgment is entered in

favor of the Goldwasser in the amount of $3,237,235.00, with interest from the date of the arbitrators' award at New York State's statutory rate of nine percent per annum of $202,748.47 and fees of $5,724.99, for a total sum of $3,445,708.46.

**Dated:** New York, New York
May 3, 2013

BY:

**RUBY J. KRAJICK**

**Clerk of Court**

*/s/*

**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____