UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

*In the matter of Arbitration Between*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/13
```

TIVO, INC., a Delaware Corporation,

                       Petitioner,           *No. 12 Civ. 7142 (LLS)*

                                         APPEAL BOND
                       and                      Bond No.: 024050608

DOROTHY GOLDWASSER, ROMI JONES NÉE
GOLDWASSER, and GOOD INVENTIONS, LLC,
a New York Limited Liability Company

                       Respondents

-----------------------------------------------------------

KNOW ALL MEN BY THESE PRESENTS, THAT WE, LIBERTY MUTUAL INSURANCE COMPANY, as Sureties, are held and firmly bound unto the Clerk of the Southern District of New York, in the sum of THREE-MILLION EIGHT HUNDRED TWENTY-FOUR THOUSAND SEVEN-HUNDRED THIRTY-SIX and 40/100 ($3,824,736.40) DOLLARS, for the payment of which, well and truly to be made, we bind ourselves, our heirs, executors, administrators and successors, jointly and severally, firmly by these presents.

WHEREAS, by a Judgment of the Court on the 3RD day of MAY, 2013, the above named Respondents are entitled to recover THREE-MILLION FOUR-HUNDRED FORTY-FIVE THOUSAND SEVEN-HUNDRED EIGHT AND 46/100 ($3,445,708.46) DOLLARS.

And the Petitioner, TiVo, Inc., feeling aggrieved thereby, has filed an appeal to the United States Court of Appeals for the Second Circuit, and

NOW, THEREFORE, if the said Petitioner shall satisfy the said Judgment in full together with interest, if for any reason this appeal is dismissed or if the Judgment is affirmed and Petitioner shall satisfy in full such Judgment and such interest as the appellate court may adjudge and award, or if the said Judgment be set aside, then this obligation shall be void, otherwise to remain in full force and effect, provided that the total sum of the Sureties' exposure shall not exceed the penal sum of this bond.

Signed, sealed and dated this 30TH day of MAY, 2013.

LIBERTY MUTUAL INSURANCE COMPANY

BY: _____
     Dennis Langer, Attorney in-Fact

Approved 5/31/13

RUBY J. KRAJICK
CLERK OF COURT

BY _____
     Deputy Clerk

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA

County of ____LOS ANGELES_____

On __MAY 30, 2013__ before me, __YALONDA M. EUBANK, NOTARY PUBLIC__,
      Date                                                 Here Insert Name and Title of the Officer

personally appeared __DENNIS LANGER_____,
                                             Name(s) of Signer(s)

[Notary Seal: YALONDA M. EUBANK, COMM. #1975925, Notary Public California, Los Angeles County, My Comm. Expires Apr. 22, 2016]

Place Notary Seal Above

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature _____/s/ Yalonda Eubank_____
                    Signature of Notary Public — YALONDA M. EUBANK

---- OPTIONAL ----

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Bond No. 024050608 for Tivo, Inc.__

Document Date: __MAY 30, 2013__     Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

5217985

THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. _____

American Fire and Casualty Company
The Ohio Casualty Insurance Company
West American Insurance Company
Liberty Mutual Insurance Company
Peerless Insurance Company

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That American Fire & Casualty Company and The Ohio Casualty Insurance Company are corporations duly organized under the laws of the State of Ohio, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, that Peerless Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, PAUL BOUCHER, JANINA MONROE, THOMAS G. MCCALL, TIMOTHY J. NOONAN, MICHELLE HAASE, DENNIS LANGER, ...................................................................................................................................
................................................................................................................................................................................................................

all of the city of __LOS ANGELES__, state of __CALIFORNIA__ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this __5th__ day of __March__, __2012__.



American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
Peerless Insurance Company
West American Insurance Company

By: _____
Gregory W. Davenport, Assistant Secretary

STATE OF WASHINGTON  ss
COUNTY OF KING

On this __5th__ day of __March__, __2012__, before me personally appeared Gregory W. Davenport, who acknowledged himself to be the Assistant Secretary of American Fire and Casualty Company, Liberty Mutual Insurance Company, The Ohio Casualty Company, Peerless Insurance Company and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Seattle, Washington, on the day and year first above written.



By: _____
KD Riley, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, West American Insurance Company and Peerless Insurance Company, which resolutions are now in full force and effect reading as follows:

ARTICLE IV – OFFICERS – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

ARTICLE XIII – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

Certificate of Designation – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes Gregory W. Davenport, Assistant Secretary to appoint such attorney-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

Authorization – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and biding upon the Company with the same force and effect as though manually affixed.

I, David M. Carey, the undersigned, Assistant Secretary, of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, West American Insurance Company and Peerless Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this _____ day of MAY 30 2013 20____.



By: _____
David M. Carey, Assistant Secretary

POA - AFCC, LMIC, OCIC, PIC & WAIC
LMS_12873_012012

*Not valid for mortgage, note, loan, letter of credit, bank deposit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.*



# LIBERTY MUTUAL INSURANCE COMPANY

## FINANCIAL STATEMENT — DECEMBER 31, 2012

| Assets | | Liabilities | |
|---|---:|---|---:|
| Cash and Bank Deposits | $ 903,711,694 | Unearned Premiums | $4,205,141,671 |
| *Bonds — U.S Government | 1,166,929,471 | Reserve for Claims and Claims Expense | 17,056,420,207 |
| *Other Bonds | 11,415,194,219 | Funds Held Under Reinsurance Treaties | 1,315,062,091 |
| *Stocks | 8,104,853,899 | Reserve for Dividends to Policyholders | 2,455,411 |
| Real Estate | 255,967,320 | Additional Statutory Reserve | 49,768,998 |
| Agents' Balances or Uncollected Premiums | 3,482,069,753 | Reserve for Commissions, Taxes and Other Liabilities | 3,066,051,537 |
| Accrued Interest and Rents | 144,016,763 | **Total** | **$25,694,899,915** |
| Other Admitted Assets | 14,732,623,458 | Special Surplus Funds................ $604,621,497 | |
| | | Capital Stock.............................. 10,000,000 | |
| | | Paid in Surplus........................... 7,899,471,886 | |
| | | Unassigned Surplus.................... 5,996,373,279 | |
| **Total Admitted Assets** | **$40,205,366,577** | Surplus to Policyholders | 14,510,466,662 |
| | | **Total Liabilities and Surplus** | **$40,205,366,577** |



\* Bonds are stated at amortized or investment value; Stocks at Association Market Values.
The foregoing financial information is taken from Liberty Mutual Insurance Company's financial statement filed with the state of Massachusetts Department of Insurance.

I, TIM MIKOLAJEWSKI, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the foregoing is a true, and correct statement of the Assets and Liabilities of said Corporation, as of December 31, 2012, to the best of my knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation at Seattle, Washington, this 25th day of March, 2013.

_T A Mikolajewski_
Assistant Secretary

## State of New York

## DEPARTMENT OF FINANCIAL SERVICES

### WHEREAS IT APPEARS THAT

Liberty Mutual Insurance Company

**Home Office Address**         Boston, Massachusetts

**Organized under the Laws of**  Massachusetts

has complied with the necessary requirements of or pursuant to law, it is hereby

### licensed to do within this State the business of

accident and health, fire, miscellaneous property, water damage, burglary and theft, glass, boiler and machinery, elevator, animal, collision, personal injury liability, property damage liability, workers' compensation and employers' liability, fidelity and surety, credit, motor vehicle and aircraft physical damage, marine and inland marine and marine protection and indemnity insurance, as specified in paragraph (s) 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20 and 21 of Section 1113(a) of the New York Insurance Law and also such workers' compensation insurance as may be incident to coverages contemplated under paragraphs 20 and 21 of Section 1113(a), including insurances described in the Longshoremen's and Harbor Workers' Compensation Act (Public Law No. 803, 69 Cong. as amended; 33 USC Section 901 et seq. as amended), and as authorized by Section 4102(c), insurance of every kind or description outside of the United States and reinsurance of every kind or description to the extent permitted by certified copy of its charter document on file in this Department until July 1, 2013.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, New York, this 1st day of July, 2012

Benjamin M. Lawsky
Superintendent

By     *Jacqueline Catalfamo*

Jacqueline Catalfamo
Special Deputy Superintendent

Original on Watermarked Paper

## CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

STATE OF NEW YORK

DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

**LIBERTY MUTUAL INSURANCE COMPANY**

Of Boston, Massachusetts

a corporation organized under the laws of the State of Massachusetts and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $14,510,466,662 (Capital $10,000,000) as is shown by its sworn financial statement for the end of the year, December 31, 2012, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, this 28th day of March, 2013.

**Benjamin M. Lawsky**
**Superintendent**

By *Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

www.dfs.ny.gov